IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHEN DIONNE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:22-cv-04632-WMR-WEJ |
| M A C MEDICAL & INDUSTRIAL SERVICES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Stephen Dionne and Defendant M A C Medical & Industrial Services, Inc., by and through their undersigned counsel of record, and hereby stipulate to a voluntary dismissal of this action against Defendant with prejudice pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party is to bear its or his own costs, attorneys' fees, and other expenses of litigation.

{Signatures on following page.}

    Respectfully submitted this 17th day of May 2023.

/s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050
steve@mixon-law.com
The Mixon Law Firm
3344 Peachtree Street, Suite 800
Atlanta, Georgia 30326

***Attorney for Plaintiff Stephen Dionne***

/s/ Ian E. Smith
Ian E. Smith
Georgia Bar No. 661492
ian@spirelawfirm.com
Spire Law, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

***Attorney for Defendant M A C Medical & Industrial Services, Inc***